JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TROTTER,<br><br>        Petitioner,<br><br>    v.<br><br>MARTIN BITER,<br><br>        Respondent. | Case No. LA CV 14-7854 JVS (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation to Dismiss Petition for Writ of Habeas Corpus without Prejudice and the Order Accepting Report and Recommendation of United States Magistrate Judge and Denying Certificate of Appealability.

DATED: October 19, 2015

                                                    HON. JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE